

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALONZO D. CHATMAN,

    Plaintiff,

v.                                      Civil Action No. 3:15CV306

EASTERN SHORE REGIONAL JAIL, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 4, 2015, the Court conditionally docketed Alonzo Chatman's civil action. At that time, the Court directed Chatman to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Chatman that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Chatman has not complied with the order of this Court. Chatman returned the in forma pauperis affidavit and twice notified the Court of his address change, however, he failed to return the consent to collection of fees form. As a result, he does not qualify for in forma pauperis status. Furthermore, he has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Chatman.

/s/ /Rep/
Robert E. Payne
Senior United States District Judge

Date: July 17, 2015
Richmond, Virginia